### DISPAWS ag$^t$ GIFFARD

Henry Dispaw Senio$^r$ & Henry Dispaw junio$^r$ or either of them plaint$^s$ ag$^t$ John Giffard Defend$^t$ in an action of reveiw of a judgement granted against them or either of them at a County Court held at Boston (by adjournm$^t$ of the Generall Court) Novemb$^r$ 23° 1675.

. . . The Jury . . . founde for the Defend[t] costs of Court being twenty Four Shillings & ten pence.

Execucion issued May. 1676.

[A copy is in S. F. 1576.]